UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMIREZ GARCIA,<br><br>              Petitioner,<br><br>v.<br><br>TODD BLANCHE,<br><br>              Respondents. | No. 1:26-cv-05169-DJC-CSK<br><br><br>ORDER |

On July 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus arguing that Petitioner has been unlawfully detained without a constitutionally adequate bond hearing.  (ECF No. 1.)  Based on the information in the Petition, the Court ordered a return under 28 U.S.C. § 2243.  (ECF No. 5.)  In their Response to that Order, Respondents identified that Petitioner had received a bond hearing in November 2025 where he was denied bond on the grounds that "DHS has established by clear and convincing evidence that [Petitioner] is a danger to the community."  (ECF No. 6-1 at 50.)  While Petitioner originally asserted this hearing was inadequate because he "was unrepresented at this bond hearing" and because "the Immigration Judge denied bond based on a lack of jurisdiction[,]" (ECF No. 1 ¶ 3), the records provided by Respondent show that Petitioner was represented at the November bond hearing and was denied bond based on the determination that he was a danger to the

1

community  (ECF No. 6-1 at 50–51).  In response, Petitioner did not contest the accuracy of this information nor present any specific alternative argument as to the inadequacy of that bond hearing.  (*See* ECF No. 7.)  While the Court disagrees with the Government regarding the fact that Petitioner is subject to mandatory detention, given the fact that Petitioner has received a bond hearing, there is no grounds for the Court to grant relief as currently presented.

Accordingly, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.  This order is made without prejudice to Petitioner seeking relief on any other basis.  The Clerk of the Court is directed to close this case. This order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **July 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2